**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WILEY Y. DANIEL**

| | |
|---|---|
| Courtroom Deputy:   Robert R. Keech | Date:   September 23, 2015 |
| E.C.R./Reporter:   Mary George | |

Civil Action No: **14-cv-03426-WYD-KMT**          Counsel:

**HUSAI JIMENEZ on his own behalf and**          Brandt P. Milstein
**on behalf of all others similarly situated**,

      Plaintiff,

v.

**DENVER RESTAURANT VENTURE, LLC**          Jay S. Jester
**d/b/a DIEGO'S and**
**TONY TERRONES**,

      Defendants.

## COURTROOM MINUTES

**MOTION HEARING**

**2:32 p.m.**     Court in Session

          APPEARANCES OF COUNSEL.

          Court's opening remarks.

          Plaintiff's Motion for Conditional Collective Action Certification [ECF Doc. No. 5], filed January 19, 2015, is raised for argument.

2:33 p.m.     Argument by Defendants (Mr. Jester).

2:34 p.m.     Argument by Plaintiff (Mr. Milstein).

2:36 p.m.     Argument by Defendants (Mr. Jester).

| | |
|---|---|
| 2:37 p.m. | Argument by Plaintiff (Mr. Milstein). |
| 2:39 p.m. | Discussion regarding proposed language for notice of right to join unpaid wages lawsuit. |
| **ORDERED:** | Plaintiff's Motion for Conditional Collective Action Certification [ECF Doc. No. 5], filed January 19, 2015, is **GRANTED.** |
| **ORDERED:** | Counsel for Defendant shall provide names, addresses, e-mail addresses, and other contact information for each potential opt-in person by **Thursday, October 1, 2015.** |
| **ORDERED:** | The Notice of Your Right to Join Unpaid Wages Lawsuit, as modified by the parties' agreement in open court, shall be sent to prospective class members not later than **Thursday, October 8, 2015.** |
| **ORDERED:** | Notices shall be sent to prospective class members in both English and Spanish, by U.S. Mail and/or e-mail.  Also, notices shall be included in two consecutive paychecks for current employees in both English and Spanish.  Further, the notice shall provide a 45 day opt-in period. |
| **ORDERED:** | Counsel shall file a status report, updating the Court as to settlement negotiations, not later than **Monday, October 5, 2015.** |
| **ORDERED:** | Stipulation for dismissal shall be filed not later than **Monday, October 19, 2015.** |
| **2:56 p.m.** | Court in Recess - HEARING CONCLUDED. |

**TOTAL TIME:  :24**