IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.    14-cv-3426-WYD-KMT

HUSAI JIMENEZ,

    Plaintiff, and

NEMIAS JIMENEZ AND FRANCISCO BRUNO,

    Opt-in Plaintiffs,

v.

DENVER RESTAURANT VENTURE, LLC d/b/a DIEGO'S
and TONY TERRONES,

    Defendants.

---

**ORDER REGARDING STIPULATION FOR DISMISSAL**

---

THIS MATTER comes before the Court on the parties' Stipulation for Dismissal (ECF No. 44), filed on November 13, 2015.  The parties and the two opt-in plaintiffs have joined this stipulation, which is self-effectuating under F.R.C.P. 41(a)(1)(ii).   Accordingly, it is

ORDERED that this matter is dismissed, and all claims which have been or could have been asserted in this action are dismissed with prejudice, without an award of costs or fees in favor of any party.

The Court shall retain limited jurisdiction for the sole purpose of enforcing or resolving any dispute that arises under the Settlement Agreement between the parties.

    The Clerk of the Court is directed to close the case.

    Dated: November 24, 2015.

                                                      BY THE COURT:

                                                      s/ Wiley Y. Daniel_____

Wiley Y. Daniel
Senior United States District Judge